ORIGINAL

AO 91 (Rev. 11/82)          **CRIMINAL COMPLAINT**

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CONRAD HUGHES HILTON | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.   M 15 00143 |

Complaint for violation of Title 49, United States Code, Section 46504

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE ALKA SAGAR | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, California |
|---|---|---|

| DATE OF OFFENSE<br>July 31, 2014 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[49 U.S.C. § 46504]

On or about July 31, 2014, within the Central District of California, and elsewhere, Conrad Hughes HILTON, while on an aircraft in the special aircraft jurisdiction of the United States, namely, British Airways flight 269, from London, England, to Los Angeles, California, knowingly assaulted and intimidated flight attendants of the aircraft and, in doing so, interfered with the performance of the duties of the flight attendants and lessened the ability of the flight attendants to perform their duties, in violation of Section 46504 of Title 49 of the United States Code.

LODGED
2015 FEB -2 PM 1:20
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Special Agent – Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>February 2, 2015 |
|---|---|

AUSA Alexander B. Schwab x1259      REC: Bond



## AFFIDAVIT

I, David Gates, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for over eleven years. Since 2004, I have been assigned to the Los Angeles International Airport (LAX) Office of the FBI, where I investigate violations of federal law which occur within the airport environment and on board aircraft. Title 49, United States Code, Section 46501 establishes the Special Aircraft Jurisdiction of the United States and, under Section 46501(2)(D)(i), gives the federal government jurisdiction in all criminal matters occurring on any civil aircraft that has its next scheduled destination or last place of departure in the United States, if the aircraft next lands in the United States.

2. This affidavit is in support of a complaint charging CONRAD HUGHES HILTON ("HILTON") with a violation of Title 49, United States Code, Section 46504, Interference with Flight Crew Members and Attendants, which occurred on July 31, 2014, while aboard British Airways flight 269, inbound from London, United Kingdom, to Los Angeles, California.

3. The facts set forth in this affidavit are based on my personal observations, my training and experience, and the information obtained from other law enforcement officers and witnesses. This statement is intended to show that there is probable cause for the violation and does not purport to set forth all of my knowledge of, or investigation into, this matter.

## BACKGROUND

4. Title 49, United States Code, Section 46504 states, in pertinent part, "An individual on an aircraft in the special aircraft jurisdiction of the United States who, by assaulting or intimidating a flight crew member or flight attendant of the aircraft, interferes with the performance of the duties of the member or attendant or lessens the ability of the member or

attendant to perform those duties, or attempts or conspires to do such an act, shall be fined under title 18, imprisoned for not more than 20 years, or both."

5. Title 49, United States Code, Section 46501(2)(D)(i) defines Special Aircraft Jurisdiction of the United States as including any aircraft "that has its next scheduled destination . . . in the United States, if the aircraft next lands in the United States."

6. At the time of this incident, British Airways flight 269 was in the Special Aircraft Jurisdiction of the United States. British Airways flight 269 arrived in Los Angeles, California, at approximately 8:15 p.m. Pacific Daylight Time on July 31, 2014. HILTON was a passenger on British Airways flight 269.

**SUMMARY OF PROBABLE CAUSE**

    A.    **WITNESS STATEMENTS**

7. As I explain below, I believe that HILTON violated Title 49, United States Code, Section 46504, by assaulting and intimidating members of the flight crew of British Airways flight 269, thereby interfering with the ability of the crew to perform their duties.

8. On August 2, 2014, FBI Task Force Officer Eddie Martinez interviewed British Airways Flight Attendant G.C., who stated, among other things, the following:

    a. G.C. has worked for British Airways for ten years. He currently is a Customer Service Manager for British Airways. G.C. was in charge of twenty-one crew members on BA flight 269 from London to Los Angeles on July 31, 2014. As a Customer Service Manager, G.C. was responsible for service throughout the entire aircraft.

    b. G.C. recalled the first drink service was scheduled to begin on the upper deck approximately thirty minutes after departure. The drink service was delayed approximately forty minutes due to a passenger's disruptive behavior. I later identified the passenger as Conrad

2

HILTON by his seat and my eventual interview with him. G.C. stated that, as soon as the aircraft was in flight, HILTON left his seat and began pacing up and down the aisles of the cabin. Flight attendants had to begin drink service from the rear galley as opposed to front galley because HILTON was standing in the aisle and blocking the flight attendants' path.

c. G.C. said HILTON often yelled at him and other passengers during the flight. HILTON yelled at G.C. several times to "Fuck off." When G.C. offered HILTON water, HILTON yelled, "Leave me alone!" At one point, HILTON began speaking loudly, which appeared to disturb passengers. When G.C. asked HILTON to lower his voice and to return to his seat, HILTON yelled, "Stop following me!" Despite feeling intimidated, G.C. said he continued to follow HILTON throughout the cabin. When asked why he followed HILTON around the cabin, G.C. said that he felt responsible for the safety of his crew members and decided that he would follow HILTON instead of asking other crew members to monitor HILTON.

d. G.C. explained that, any time HILTON disturbed a crew member, G.C. was alerted on the plane's intercom. Such alerts, according to G.C., were continual throughout the flight. HILTON would walk around the cabin and eventually end up in the galley, where he would encounter a crew member and initiate an argument. G.C. said he witnessed HILTON verbally threaten British Airways Copilot J.D., Flight Attendant J.F., Flight Attendant M.D., and passengers. G.C. cited as an example an instance when he overheard HILTON say in a loud voice to J.D., "If you wanna square up to me bro, then bring it on and I will fucking fight you."

e. G.C. said he thought HILTON was under the influence of drugs because of his erratic behavior while walking through the cabin. HILTON would often mumble to himself and then speak loudly. According to G.C., when HILTON would speak to him, HILTON would speak very fast, which made it difficult to comprehend what he was saying. G.C. could not smell

3

any alcohol on HILTON's breath.

  f. G.C. recalled a moment when HILTON suddenly became enraged that G.C. was following him. In response, HILTON threatened G.C. several times, shouting "I am going to fucking kill you!" or, "I will fucking rip through you!" and, "I will fucking own you!"

  g. G.C. said HILTON became more animated and began pointing his finger in G.C.'s face. HILTON yelled numerous times, "I will fucking own anyone on this flight; they are fucking peasants," and, "I will fucking bury you!" At that moment, G.C. stated that he feared HILTON might hit him or one of the passengers.

  h. G.C. said passengers seemed frightened and visibly disturbed when HILTON was yelling. G.C. recalled while HILTON was yelling profanities, children on the flight began crying. When this happened, G.C. immediately backed away from HILTON and tried to calm him down. When he felt he was safe, G.C. went to the rear galley and immediately reported the incident to the captain.

  i. G.C. said HILTON's behavior caused him to miss his crew rest and he was unable to assume his normal duties for the duration of the flight. G.C. stated that he tried to reason with HILTON, and asked him numerous times to return to his seat and to stop yelling obscenities. G.C. explained that he was concerned about HILTON's unpredictable behavior escalating to violence. As a precaution, G.C. assembled a team of five crew members and held two separate safety briefings to review the British Airways passenger restraint policy and to prepare the crew members to restrain HILTON if he continued to threaten passengers and interfere with crew member duties.

  j. G.C. said the first briefing took place approximately three to four hours into the flight. G.C. recalled the second briefing took place approximately an hour and half before

landing. G.C. said HILTON was asleep in his seat during the briefing. Fearing HILTON was going to interfere with crew members duties, G.C. said the captain authorized crew members to restrain HILTON before he awakened.

  k. G.C. said while HILTON was being restrained by crew members, he began screaming obscenities. Numerous times HILTON yelled, "I am going to fucking kill you." Upon securing HILTON, crew members took turns monitoring HILTON until the aircraft landed and police boarded.

  l. G.C. said he was present for most of HILTON's outbursts during the flight. G.C. also stated that his regular cabin duties were interrupted because he had to constantly monitor HILTON for eight hours. G.C. said that HILTON prevented him from completing "walk arounds" of the aircraft that were supposed to be conducted every hour, on the hour. G.C. explained that the purpose of the walk arounds was to check on the wellbeing of passengers, crew members, and the condition of the aircraft.

  m. G.C. remembered that, at some time during the flight, HILTON ran into one of the bathrooms and began smoking a cigarette. Although G.C. could not see HILTON smoking, he could smell cigarette smoke coming from the bathroom. When the door opened, he overheard HILTON tell one of the flight attendants, "I will fucking kill you," and, "You are fucking lying." He could not recall to whom HILTON was speaking, but he believed it might have been Flight Attendant J.F.

  9. On July 31, 2014, I interviewed British Airways flight attendant K.H., who stated, among other things, the following:

  a. K.H. is a flight attendant for British Airways and she has been a flight attendant for British Airways for sixteen years.

5

b. On July 31, 2014, K.H. was working onboard British Airways flight 269 from London to LAX, which, she explained, occurred on a double-deck A380 aircraft. K.H. stated the flight duration was approximately ten and a half hours and that she was working upstairs in the rear galley section of the aircraft with Flight Attendant M.M.

c. K.H. stated that one passenger, whom I identified as HILTON based on his seat, caused problems for the crew throughout the flight.

d. K.H. first interacted with HILTON before takeoff when K.H. saw Flight Attendant M.M. ask HILTON to turn off his cell phone. K.H. said she went over to assist M.M. when HILTON refused to turn off his phone. Eventually, HILTON turned off his phone, but he complained about it.

e. Approximately five minutes after takeoff, while the "fasten seatbelt sign" was still on, HILTON left his seat and went to the rear galley. K.H. asked HILTON to return to his seat because the seatbelt sign was still on, but HILTON refused. HILTON complained that, because crew members were standing, he should be able to stand too. K.H. told HILTON that he needed to be seated, but that HILTON then got very aggressive and used profanity while speaking to her.

f. K.H. estimated that, throughout the ten and a half hour flight from London to LAX, HILTON got out of his seat at least twenty times, and that he was "in a rage" when he addressed her and other members of the crew. Throughout the flight, HILTON would get "in her face" and yell.

g. K.H. said she and other flight attendants had to focus on HILTON throughout almost the entire flight. K.H. and other flight attendants tried to keep HILTON away from other passengers during his outbursts, causing multiple occasions of delayed service and at

6

least one instance in which she had to stop a scheduled service.

    h.    K.H. described the flight as "one tirade after another": HILTON complained that the flight attendants were not listening to him, that they were "taking the peasants' side," and that he was angry because he just broke up with a girlfriend. He also twice bragged to K.H. that he was already banned by other airlines. HILTON said that he had issues, and "it"—which K.H. understood to be HILTON's behavior—would probably turn into a lawsuit for his father to pay. HILTON frequently lamented that he wanted to smoke marijuana on the plane.

    i.    K.H. reported that HILTON intimidated her, especially during the first four hours of the flight: "I thought he would get violent . . . I thought he would punch me at any moment."

    j.    Because K.H. feared HILTON could become violent, she had male flight attendants J.F. and G.C. ready to assist her if HILTON assaulted her. A passenger at the back of the aircraft volunteered to help K.H. restrain HILTON if needed. During the flight, K.H. also spoke with the captain regarding HILTON's behavior and her fears of physical violence.

    10.    On August 2, 2014, FBI Special Agents Kevin Hogg and Michael Padar interviewed British Airways flight attendant O.P. O.P. stated, among other things, the following:

    a.    O.P. was working as a flight attendant on board British Airways flight 269 from London to Los Angeles on July 31, 2014. O.P. was assigned to the business class section on the flight.

    b.    At one point during the flight, while O.P. was working in the business class section of the plane called the "Club World Galley," he had an incident with HILTON.

    c.    O.P. recalled that HILTON was "quite angry and agitated" as he came into the Club World Galley, so O.P. and another flight attendant attempted to calm him down.

7

HILTON then got very close to O.P.'s face, pulled back, swung his fist up, and punched the bulkhead next to O.P.'s head. O.P. added that HILTON's fist missed his face by about ten centimeters. In response, O.P. asked the customer service manager to bring another crew member to assist.

   d. Upon reflecting on the situation, O.P. interpreted HILTON's conduct as an effort to intimidate him rather than inflict injury. As O.P. explained, HILTON "did make me feel quite threatened but I don't believe he intentionally wanted to hurt me. I did feel that we did not have full control of the situation as his behavior was very unpredictable."

   e. O.P. also saw HILTON "squaring up to" another crew member with no reaction from the crew member. HILTON was escorted back to his seat ten to fifteen minutes later by the customer service manager.

   11. On July 31, 2014, FBI Special Agent Michael Padar interviewed J.F. J.F. stated, among other things, the following:

   a. J.F. has been employed as a flight attendant by British Airways for the past one and a half years. On July 31, 2014, J.F. was working as a flight attendant on British Airways flight 269 from London to LAX, and he was training as a customer service manager during the flight. In this role, J.F. was responsible for assisting the flight attendants and assisting Customer Service Manager G.C. as needed.

   b. Just after takeoff from London, HILTON came to the galley at the tail end of the upper deck. Flight Attendants M.M. and K.H. were in the galley at the time with J.F. J.F. told HILTON to return to his seat, but HILTON responded, "I've got a fucking problem." J.F. told HILTON he would speak with him at his seat. HILTON agreed to speak with J.F., but in private. J.F. asked HILTON whether the matter was urgent or could wait until after the seatbelt

8

sign was turned off. HILTON replied with something to the effect of "not unless you want me to hit someone four rows behind." J.F. asked HILTON to stay seated because the seatbelt sign was on.

  c. Once the seatbelt sign was turned off, HILTON again approached Flight Attendants J.F., M.M., and K.H. HILTON started complaining about a male passenger giving him the "stink eye." HILTON told J.F. that the man "either wants to fight me or fuck me but I am not gay."

  d. J.F. stated that, for the next three hours of the flight, he tried to calm HILTON down, but HILTON continually got up from his seat and went to the upper deck aft galley. J.F. and G.C. both spoke to HILTON in an attempt to calm him. J.F. said HILTON screamed at him, "I am going to fucking kill you" three separate times. J.F. added that one or two times, HILTON said, "Do you want to hit me now?" J.F. believed HILTON was trying to get him to start a fight.

 12. On August 2, 2014, FBI Special Agents Kevin Hogg and Michael Padar reinterviewed British Airways flight attendant J.F. and they reviewed a written statement by J.F. J.F. provided, among other things, the following additional details:

  a. J.F. said HILTON was aggressive most of the flight, constantly trying to intimidate J.F., his colleagues, and customers. J.F. stated that HILTON repeatedly told him, "I'm gonna fucking kill you." HILTON's behavior increasingly affected J.F.'s duties as the flight progressed. J.F. stated that he was unable to take his prescribed crew break because needed to assist two female flight attendants with HILTON.

  b. Approximately thirty minutes into the flight, J.F. observed HILTON becoming aggressive and agitated. J.F. said HILTON's behavior and shouting caused the first

9

food service to be delayed between forty minutes and an hour.

   c. J.F. stated that it took four flight attendants to handle HILTON. Eventually, HILTON slept for about an hour. After awaking, HILTON approached J.F. and threatened he was "going to fucking kill" him. HILTON said this three times. HILTON then grabbed J.F.'s shirt and name badge stating, "I could get you all fired in five minutes. I know your boss!" HILTON then told J.F., "My father will pay this out, he has done it before. Dad paid $300,000 last time."

   d. During the flight, the captain was made aware of the incident, who told the crew to have the restraints ready. About seventy-five minutes prior to landing, crew members physically restrained HILTON using a blanket and restraints. J.F. believed that HILTON was restrained for the safety of everyone on board, since the plane's doors would be opened on the ground, and the crew did not know what HILTON would do. As HILTON was restrained, he told the flight attendants he was a model and that they were "going to ruin my career."

   e. J.F., who has been a flight attendant for about five years, stated that he had never before witnessed an onboard incident that interfered with a flight crew to the extent HILTON's conduct did.

13. On August 3, 2014, I interviewed P.M. P.M. stated, among other things, the following:

   a. On July 31, 2014, P.M. was a passenger on British Airways flight 269 from London to LAX. P.M. was traveling alone and assigned to seat 81H, a window seat three rows from the back of the aircraft. P.M. travels "a lot" on airplanes, journeying to and from the United Kingdom two to three times per year. P.M. works as a life coach in California and she also works for a British internet radio station.

  b. P.M. was aware of a problem passenger on board the flight and added that it was the first time she had seen someone "lose it" consistently for hours at a time on an aircraft. The "problem passenger" was later identified as HILTON.

  c. P.M. first noticed HILTON shortly after takeoff, when she heard him yelling at flight attendants. P.M. said every sentence contained the "F" word, and she recalled hearing HILTON scream things like "Who the fuck do you think you are," "You assaulted me. How fucking dare you," and "You don't tell me what the fuck to do."

  d. P.M. said that, as she listened to HILTON shout at the flight attendants, she could feel other passengers around her get tense. P.M. heard the flight attendants ask HILTON to sit down, and he refused. P.M. said HILTON "became petulant" about it. P.M. recalled a French family sitting in an aisle seat behind HILTON and the father of this family getting out of his seat and leaning over his kids in a protective gesture.

  e. P.M. said the initial shouting lasted between five and ten minutes, and she thought the plane would be sent back to London. P.M. believed this first incident happened while the "fasten seatbelt" light was still on.

  f. P.M. said that, as soon as the fasten seatbelt light was off, HILTON left his seat and went to the back of the aircraft cabin. P.M. said that, at that point, HILTON was "really shouting and really in their face." P.M. added that the flight attendants were very calm. At first, there were one or two flight attendants with HILTON, but soon several other flight attendants joined them. Several flight attendants stood back from HILTON, faced the passengers, and smiled. P.M. believed they were trying to reassure the passengers. P.M. said HILTON's focus during this period was directed upon one or two flight attendants, and that a male flight attendant took the brunt of his anger.

11

g.  P.M. caught HILTON's eye at one point during his outburst, at which point HILTON gave her a look and commented to the flight attendants, "Now they're all judging me." P.M. said she thought about filming part of HILTON's behavior but did not want to further inflame the situation. After HILTON commented about P.M. looking at her, the flight attendants closed the curtains in the back of the plane, blocking P.M.'s view.

h.  Much later in the flight, P.M. saw a member of the British Airways staff in a captain's hat following HILTON around the plane. P.M. said it was as if the crew did not want to let HILTON out of their sight. P.M. expressed sympathy for the crew member who had to follow HILTON around the aircraft instead of doing his job.

i.  When HILTON yelled at the flight attendants, he got up close and in their faces. P.M. was asked if the flight attendants got in HILTON's face in return. She answered no, that the flight attendants had been calm and professional. HILTON, by contrast, was "screaming and profane."

j.  P.M. did not observe HILTON become physically violent but thought he could have become so. As she explained, "It was unnerving. He could do anything." She added that HILTON was deeply unpleasant and uncontrollable. P.M. thought HILTON came close to punching the flight attendants.

k.  P.M. was asked if HILTON was intimidating. P.M. said she was intimidated when HILTON looked at her and made a comment about her, and that he definitely intimidated the flight attendants. P.M. believed the flight attendants closed the curtains because the crew wanted to shield the other passengers from HILTON.

14.  On August 2, 2014, FBI Task Force Officer Eddie Martinez interviewed J.D. and reviewed a written statement made by J.D. J.D. stated, among other things, the following:

12

a. On July 31, 2014, J.D. was working on British Airways flight 269 from London to LAX. He was the flight's pilot, second in command of the aircraft, and was seated in the flight deck. J.D.'s job was to assist Captain J.P.F. fly the aircraft.

b. J.D. explained that, about thirty minutes after departing London, a flight attendant advised him of a disruptive passenger, later identified as HILTON, who was behaving in a threatening manner towards the flight crew and passengers. The flight attendant also said that HILTON was not returning to his assigned seat as directed, and that his conduct toward other passengers was aggressive.

c. Consistent with J.D.'s understanding of British Airways protocol, once the flight crew assessed HILTON, they notified J.P.F. that additional flight attendants were needed to monitor HILTON's behavior. A flight attendant informed J.P.F. that HILTON had walked from the upper deck of the aircraft to the second deck and was cursing at passengers and flight attendants. J.D. notified British Airways security to obtain further information about HILTON. Security responded to J.D.'s request and stated they did not have any derogatory information on HILTON. J.D. then relayed that information to J.P.F.

d. Instead of diverting to another airport or returning to London, J.D. volunteered to monitor HILTON. J.D. hoped his position as a pilot would deter HILTON from threatening the passengers and flight crew.

e. For the next three and a half hours, J.D. remained in close contact with HILTON, who cursed at him and passengers. J.D. also said that he observed HILTON act erratically and aggressively. For example, J.D. heard HILTON shout four times, "What the fuck are you looking at!" and, "I will fuck[ing] kill you!" J.D. recalled that, at times, it was difficult to comprehend what HILTON was saying because he was speaking unintelligibly. J.D. said

HILTON was upset with the flight attendants for following him around and making a scene. J.D. also said that HILTON resented other passengers for staring at him.

  f.  J.D. recalled moments when he thought HILTON was going to fight him because HILTON would often stand very close to him and begin arguing with him. When doing so, HILTON's face would almost touch J.D.'s face. J.D. mentioned that HILTON also appeared uncoordinated, paranoid, and delusional while speaking to him.

  g.  During the flight, J.D. made several phone calls to J.P.F. to provide updates on HILTON's status. J.D. explained how he presented HILTON with a Final Written Warning, which he read aloud, emphasizing that HILTON needed to behave. HILTON ripped up the document.

  h.  Approximately four hours into the flight, HILTON walked from the upper deck to the lower deck to use the bathroom. While HILTON was inside, J.D. and a flight attendant could smell the distinct odor of marijuana seeping out the bathroom. J.D. immediately knocked on the bathroom door and asked HILTON to exit. HILTON opened the door and ran to the upper deck bathroom. Once inside, HILTON began smoking a tobacco cigarette. J.D. stated that, when HILTON exited the bathroom, he could smell burning tobacco. J.D. also noticed the smoke detector above the bathroom ceiling had been stuffed with paper towels, apparently to prevent the smoke alarm from sounding.

  i.  J.D. contacted Company Security and was advised to restrain HILTON unless he voluntarily surrendered any matches or cigarette lighters. J.D. then asked HILTON to hand him the cigarette lighter he used to light his cigarette, advising him that he was not supposed to possess any items that could start a fire. J.D. feared that HILTON might ignite a fire aboard the aircraft, endangering the plane and the lives of those aboard. HILTON surrendered a used pack of

14

cigarettes and the cigarette lighter. Afterwards, HILTON returned to his seat and fell asleep.

j.     Because J.P.F. feared that HILTON would wake up and interfere with the flight attendants duties while the plane was in its final descent, he authorized J.D. to restrain him so that flight attendants would be free to focus on passenger safety during the final approach.

k.     While HILTON was sleeping, J.D. assembled a "restraint team" of flight attendants. J.D. then briefed the team about proper restraint procedures. J.D. ensured team members understood their assigned roles and were comfortable with restraining HILTON. J.D. said the restraint team encountered little resistance from HILTON because HILTON was still asleep. HILTON awoke while being restrained and cursed at the flight attendants, shouting, "Get the fuck off me!"

l.     Upon restraining HILTON, J.D. returned to the flight deck to assist with landing the aircraft. J.D. stated that members of the restraint team took turns supervising HILTON and conducted periodic safety checks on him. During the safety checks, flight attendants provided HILTON water and periodically checked his handcuffs to ensure they were not too tight on his wrists.

m.     J.D. stated that HILTON's threatening and intimidating behavior not only interfered with the performance of flight attendants duties, but also prevented flight attendants from taking their rest breaks. J.D. explained that each flight attendant who was tasked to monitor HILTON during the flight should have had three hours of rest. J.D. said that J.P.F. and Senior Flight Officer J.M. managed the flight deck while he was in the cabin with HILTON. J.D. got only about an hour and fifteen minutes of rest but was unable to sleep.

**B.     INTERVIEW WITH HILTON**

15.     On July 31, 2014, I presented HILTON with an FD-395 Advice of Rights form,

15

which I read to him as he read along. HILTON stated he understood the form and signed it, waiving his rights and agreeing to be interviewed. During the interview, HILTON stated, among other things, the following:

  a. HILTON was a passenger on British Airways flight 269 on July 31, 2014. HILTON started his travels in Mykonos, Greece, had a connection in Athens, and then traveled from there to London, England. From London, HILTON was returning to Los Angeles. HILTON was with friends on the first leg of his trip, but he was traveling alone on the flight into Los Angeles.

  b. HILTON said he did not have any alcoholic beverages on the plane or in the airport before boarding. He did, however, take a sleeping pill before boarding the flight to Los Angeles.

  c. HILTON denied having a confrontation with a flight attendant near the start of the flight but acknowledged having other issues with flight attendants. HILTON bragged that he had "buried" the flight attendants. He also said, "I told all of them I could get all of their jobs taken away in less than thirty seconds." Consistent with other witness statements, HILTON admitted to having called people "peasants" on the flight.

  d. HILTON said there was a young male flight attendant with a blond beard that he yelled at. As HILTON explained, "I went off on him to a point where he had to leave the room and was so embarrassed. I shouted in front of all his colleagues. It was brutal. But he deserved it." HILTON said there was a man at the back of the plane who calmed him down. HILTON said, "If that man wasn't there, that guy [the flight attendant] would have been fucking killed on that flight. A hundred percent I would have killed him." When I asked whether he seriously meant that threat, he replied, "No, but I would have knocked him the fuck out. A

hundred percent."

   e. During the interview, HILTON said he took photos of the name tags of some of the flight attendants. HILTON was asked why he did this, and he responded that it was meant as "a threat."

   f. During the interview, I told HILTON I was investigating a crime, and I read part of the law regarding interference with flight attendants. I read, "An individual on an aircraft in the special aircraft jurisdiction of the United States who by assaulting or intimidating a flight crew member or" and HILTON interrupted me. HILTON said, "I did intimidate. But, through defense. He came up to me with his nose."

**CONCLUSION**

  16. Based on the foregoing, I believe there is probable cause to find that CONRAD HILTON violated Title 49, United States Code, Section 46504, Interference with Flight Crew Members and Attendants.

David Gates
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 2nd day of February, 2015.

THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

17